*E-FILED ON 6/15/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD and CHRISTINE FITZGERALD, | No. C03-03502 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| v. | |
| JOHNNY ROCKETS RESTAURANT; J.R. WEST, INC.; THE CITY OF SAN JOSE REDEVELOPMENT AGENCY; and F.C. PAVILLION, LLC, | |
| Defendants. | |

The parties settled this matter; and, on August 17, 2005, the court entered a Consent Decree and Order. Under the terms of that Consent Decree and Order, and assuming all obligations have been performed, a dismissal was to have been filed by May 25, 2006. To date, no documents have been filed indicating that defendants' obligations have not been fulfilled. However, no dismissal was filed either.

**On or before June 30, 2006**, the parties shall file a joint statement in response to this Order to Show Cause advising as to the status of the matter. If a dismissal is filed before then, this Order to Show Cause will be automatically vacated and the parties need not file a joint

1 | statement in response to this Order.

2 | Dated: June 15, 2006



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:03-cv-3502 Notice will be electronically mailed to:**

Sidney J. Cohen SJC5143@aol.com

J. Richard Doyle cao.main@sanjoseca.gov,

Nora Valerie Frimann cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

Angelique Gaeta cao.main@sanjoseca.gov, beverly.troxel@sanjoseca.gov

Michael R. Groves CAO.Main@ci.sj.ca.us

George Rios george.rios@ci.sj.ca.us

Perry Roshan-Zamir perry@roshan-zamir.com,

John S. Simonson jsimonson@ropers.com, pdunn@ropers.com;knguyen@ropers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.