SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

*ORDER E-FILED ON 6/16/06*

Attorneys for Plaintiffs
CONNIE ARNOLD and
CHRISTINE FITZGERALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD and<br>CHRISTINE FITZGERALD<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHNNY ROCKETS RESTAURANT;<br>J. R. WEST, INC; THE CITY OF SAN<br>JOSE REDEVELOPMENT AGENCY;<br>F.C. PAVILION, LLC; PRIVATE ENTITY<br>DOES 2 through 25; and GOVERNMENT<br>ENTITY DOES 26 through 50, Inclusive,<br><br>        Defendants.<br>_____ / | CASE NO. C 03-3502 HRL<br><u>Civil Rights</u><br><br><br><br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL** |

Plaintiffs Connie Arnold and Christine Fitzgerald and defendants Johnny Rockets Restaurant, J. R. West, Inc., City Of San Jose Redevelopment Agency, and F. C. Pavillion, LLC., by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

Plaintiff filed this lawsuit on July 29, 2003.

Plaintiff and defendants have entered into a "Consent Decree And Order" which settles all aspects of the lawsuit against all defendants.

Plaintiff now moves to dismiss with prejudice the lawsuit against defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so

Stipulation And Order For Dismissal

stipulate.

| | |
|---|---|
| Dated: 6/8/06 | SIDNEY J. COHEN PROFESSIONAL CORPORATION |
| | /s/ Sidney J. Cohen |
| | _____ |
| | Sidney J. Cohen, Attorney for Plaintiffs |
| Dated: June 8th, 2006 | LAW OFFICES OF PERRY ROSHAN-ZAMIR |
| | /s/ Perry Roshan Zamir |
| | _____ |
| | Perry Roshan Zamir, Attorney for Defendant Johnny Rockets Restaurant and J. R. West, Inc. |
| Dated: 6/6/06 | OFFICE OF THE CITY ATTORNEY |
| | /s/ Michael R. Groves |
| | _____ |
| | Michael R. Groves, Angelique Gaeta Nedrow, Attorneys for Defendant City Of San Jose Redevelopment Agency |
| Dated: 6-7-06 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | /s/ John S. Simonson |
| | _____ |
| | John S. Simonson, Attorneys for Defendant F.C. Pavilion, LLC |

PURSUANT TO STIPULATION OF THE PARITES, **IT IS SO ORDERED.**

Dated: June 16, 2006

_____
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

Stipulation And Order For Dismissal                     -1-